IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN J. WILSON,

    Petitioner,                    No. CIV S-07-0733 MCE EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.                ORDER TO SHOW CAUSE

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 24, 2007, respondent was ordered to file, within thirty days, an answer to the instant petition or a motion to dismiss. To date, respondent has not filed an answer to the petition or a motion to dismiss. Accordingly, it is hereby ORDER that within ten (10) days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely respond to the petition. The court defers ruling on petitioner's motion for summary judgment pending respondent's response.

DATED: December 3, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE