IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN J. WILSON,

    Petitioner,          No. CIV S-07-0733 MCE EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.          ORDER
_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 11, 2008, petitioner requested an extension of time to file an opposition to respondent's January 4, 2008 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's February 11, 2008, request for extension of time is granted and petitioner has 30 days from the date this order is served to file an opposition to respondent's motion to dismiss.

DATED: February 26, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE